■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREAS AKRIOTIS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Clabby, J.), rendered December 11, 1984.

Ordered that the judgment is affirmed. *(See, People v Tinsley,* 35 NY2d 926, 927; *People v Frederick,* 45 NY2d 520, 524-525.) Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.